Jared T. Walker (SB#269029)
725 30th Street
Suite 201
Sacramento, CA 95816
T: (916) 476-5044
F: (916) 476-5064
jared@saclawoffices.com

Attorneys for Plaintiff,
Anne L. Peggins

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE L. PEGGINS,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 2:12-CV-2879-CMK<br><br>**JOINT STIPULATION AND ORDER EXTENDING SUMMARY JUDGMENT DEADLINES** |

    Plaintiff Anne L. Peggins ("Plaintiff") and defendant Commissioner of Social Security ("Defendant") respectfully submit this Joint Stipulation and Proposed Order Extending Summary Judgment Deadlines.

    1.    On December 14, 2012, Magistrate Judge Craig M. Kellison issued a Scheduling Order in this matter, which ordered Plaintiff, in pertinent part, to file and serve a motion for summary judgment and/or remand within 45 days from the date Defendant served Plaintiff with a copy of the administrative record.

    2.    On June 17, 2013, Defendant lodged with the Court the administrative transcript in this matter.

    NOW THEREFORE, the parties have agreed and hereby stipulate to an additional thirty (30) day extension of the deadline for Plaintiff to file and serve her motion for summary judgment and/or remand.

///

///

| | | |
|---|---|---|
| 1 | Dated:  July 22, 2013 | JARED T. WALKER |
| 2 | | |
| | | __/s/ JARED WALKER_____ |
| 3 | | Jared T. Walker, |
| | | Attorney for Plaintiff Anne L. Peggins |
| 4 | | |
| 5 | Dated:  July 22, 2013 | SOCIAL SECURITY ADMINISTRATION |
| 6 | | __/s/ BRENDA M. PULLIN_____ |
| | | Brenda M. Pullin, |
| 7 | | Assistant Regional Counsel |
| | | Social Security Administration, |
| 8 | | Attorney for Defendant |

JOINT STIPULATION AND [PROPOSED] ORDER
EXTENDING SUMMARY JUDGMENT DEADLINES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE L. PEGGINS,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 2:12-CV-2879-CMK<br><br>**ORDER EXTENDING SUMMARY JUDGMENT DEADLINES** |

Having reviewed the Stipulation of the parties and finding good cause, the Court hereby **APPROVES** and **ADOPTS** the parties' Joint Stipulation and Proposed Order Extending Summary Judgment Deadlines as the Order of this Court. The Court hereby **EXTENDS** the schedule in this matter as follows:

1. The deadline for the filing of Plaintiff's motion for summary judgment and/or remand is extended thirty (30) days from August 1, 2013 to September 3, 2013;

2. All other deadlines and scheduling matters set forth in the Court's December 14, 2012 Scheduling Order remain the same.

Dated:   July 24, 2013

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE