BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
BRENDA M. PULLIN
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8975
    Facsimile: (415) 744-0134
    E-Mail: Brenda.Pullin@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE L. PEGGINS,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CASE NO. 2:12-CV-02879-CMK<br><br>STIPULATION AND PROPOSED ORDER FOR FIRST EXTENSION OF TIME TO FILE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

    At the end of the day on September 30, 2013, the appropriation that had been funding the Department of Justice expired and the appropriations to the Department lapsed. The same was true for most Executive agencies, including the Social Security Administration.[1] Consequently, counsel for Defendant was on mandatory unpaid leave during the time when Defendant's Motion for Summary Judgment was due to be filed with the Court.

    Effective October 17, 2013, funds were appropriated for the Department of Justice and

---

[1] On this basis, Defendant previously filed a Motion for Stay of Proceedings in Light of Lapse of Appropriations (Doc. No. 16), which remains pending before the Court.

Stip. and Prop Order for First Extension of Time
2:12-CV-2879-CMK           1

the Social Security Administration, and attorneys in both offices are resuming their usual civil litigation functions. Notwithstanding the return of all attorneys, the Office of the General Counsel for the Social Security Administration has a substantial backlog of work as a result of this lapse in appropriations. The Office of the General Counsel is working diligently to prioritize and work through this backlog as efficiently as possible. As such, the Acting Commissioner requests a 30-day extension of time for filing the Commissioner's Motion for Summary Judgment, through November 4, 2013. This is the first request for an extension by Defendant in this case. Plaintiff's counsel does not oppose the extension.

Respectfully submitted,

Dated: October 23, 2013   By:   */s/ Jared T. Walker*
(via e-mail authorization)
JARED T. WALKER
Attorney for Plaintiff

Dated: October 23, 2013   BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:   */s/ Brenda M. Pullin*
BRENDA M. PULLIN
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

Dated: November 1, 2013

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE