IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE L. PEGGINS, | No. 2:12-CV-2879-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security. Pending before the court is defendant's motion (Doc. 16) for a stay of proceedings pending resolution of the recent lapse in government funding. Because government funding is again in place, the motion is denied as moot.

IT IS SO ORDERED.

DATED: February 4, 2014

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1